```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| TRUSTEES OF THE ELECTRICAL WELFARE TRUST FUND, et al. | : <br> : |
| v. | : Civil Action No. DKC 16-1101 |
| CAPITOL CONTROLS, INC. | : <br> : <br> : |

**ORDER**

A return of service was filed reflecting that service of process was effected upon Defendant on April 25, 2016. (ECF No. 6). Defendant has not yet filed any response to Plaintiffs' complaint.

Accordingly, it is this 8th day of June, 2016, by the United States District Court for the District of Maryland hereby ORDERED that Plaintiffs file and serve by mail on the Defendant a motion for entry of default by the Clerk or provide a report as to why such motion would be inappropriate, within 30 days of this order.

                                    /s/
                        _____
                        DEBORAH K. CHASANOW
                        United States District Judge